**Milca BUROTTO, Plaintiff—Appellant,**

v.

**CONTINENTAL CASUALTY COMPANY; Wellpoint Health Networks, Inc. Disability Plan, Defendants—Appellees.**

No. 04–55180.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2006.*

Decided Jan. 18, 2006.

Glenn R. Kantor, Esq., Kantor & Kantor, LLP, Sherman Oaks, CA, for Plaintiff—Appellant.

Robert F. Keehn, Esq., Galton & Helm, Los Angeles, CA, for Defendants—Appellees.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, Chief Judge, GOODWIN, Circuit Judge, and SEDWICK,** District Judge.

### ORDER ***

Appellant Burotto argues for the first time on appeal that discretionary clauses in disability insurance policies are illegal and contrary to the public policy of California. We do not believe that this issue should be addressed for the first time on appeal. We **VACATE** the judgment and **REMAND** to the district court to permit the parties the opportunity to develop a record and offer arguments regarding the validity of discretionary clauses under California insurance law and under ERISA, 29 U.S.C. §§ 1001 *et seq.*

AARP's motion for leave to file an amicus brief is DENIED AS MOOT.

**IT IS SO ORDERED.**

---

** The Honorable John W. Sedwick, United States District Judge for the District of Alaska, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

